UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00087-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| AMANDA FAYE BURCH | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED Government's Motion at Docket Entry # 28 in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __3__ day of _____January_____, 2018.

_____Dever_____
JAMES C. DEVER III
Chief United States District Judge